AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| DIANE HURST and JAYNE RAEF | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| ST. GEORGE SCHOOL DIST. NO. 258 | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

ST. GEORGE COMMUNITY CONSOLIDATED
SCHOOL DISTRICT NO. 258
5200 East Center Street
Bourbonnais, Illinois 60914

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Armand L. Andry & Associates
One South Dearborn Street, Suite 2100
Chicago, Illinois 60603773/626-3058

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/Pamela E. Robinson
_____
CLERK

Date: Aug 1, 2008

s/K. Wynn
_____
(By) DEPUTY CLERK

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*