**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **DIANE HURST AND JAYNE RAEF,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **Case No. 08-CV-2182** |
| ) | |
| **ST. GEORGE COMMUNITY** ) | |
| **CONSOLIDATED SCHOOL DISTRICT** ) | |
| **NO. 258,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

A Report and Recommendation (#21) was filed by the Magistrate Judge in the above cause on April 14, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#21) is accepted by this court.

(2) Defendant's Motion to Dismiss (#15) is GRANTED in part and DENIED in part. The motion is GRANTED with respect to Count III, and Count III is dismissed without prejudice and Plaintiffs are granted leave to file an amended complaint within 14 days of the date of this Order. The motion is DENIED with respect to Counts I and II.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 13th day of May, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE